# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X]

CHARGE NUMBER: 490-2016-01386

and EEOC

State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.): Ms. Elizabeth Henry
HOME TELEPHONE (Include Area Code): 601-954-1392
STREET ADDRESS: 7225 Highway 481 N.
CITY, STATE AND ZIP CODE: Morton, MS 39117
DATE OF BIRTH: 9-15-56

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Mississippi Board of Trustees for Higher Learning d/b/a University of Mississippi Medical Center
NUMBER OF EMPLOYEES, MEMBERS: 500+
TELEPHONE (Include Area Code): 601-984-5700

STREET ADDRESS: 2500 N. State Street
CITY, STATE AND ZIP CODE: Jackson, MS 39216
COUNTY: Hinds

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] (Other) OPPOSITION

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL): 2-12-16
[ ] continuing action

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female white person and a registered nurse employed by Respondent for 21 years. I have always been considered to be outstanding in my work, with 21 years of annual superior evaluations performed by my supervisor and/or surgeons. Sharron Poole is the Director of the Business Office, and has always been extremely jealous of all nurses, but especially me because, at one time, while I was functioning as a CRNFA, I had a higher salary than hers. My chairman, Dr. Louis Harkey attested that her dislike for me was that I had a higher salary and that she also resented the high regard I am held by my surgeons.

In May 2015, Ms. Poole carried me to the compliance office, with no prior warning, where false charges were made against me that I had improperly accessed patients' records. The compliance personnel mentioned four patients, three of whom are members of my immediate family. Some of these records were accessed in approximately 2008 through 2015. In each case, I was requested by a physician to access the records and/or directed by the immediate family member. Each time the records were accessed, it was strictly for patient care. Ms. Poole was only able to learn about my accessing patients' records because she had the IT tech, Terri Walker, give her access to my computer in-basket, and told her not to tell me she was doing so. Dr. Harkey, denied knowing that she had done this, and had Ms. Poole get Terri Walker (IT) to remove hr from access to the nurses computers immediately. I strongly believe corrective action taken by Dr. Harkey to Ms. Poole caused her to have animosity and ill-will toward the nurses.

By February 12, 2016, I had not heard anything about the charges against me of improper accessing of patients' records, even though I had asked several times. I had not received any warning or any finding that I had done anything improper. However, on February 12, 2016, Ms. Poole, once again, asked me to accompany her without telling me where she was taking me. We went to the HR office, where I was confronted by the manager, Barbara Smith, and the team of three other employees, all of which were black. Ms. Smith is a black person who has a reputation for being extremely racist toward white persons.   (Continued on page 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Elizabeth Henry*
Date 3-28-16   Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Elizabeth Henry*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

RECEIVED APR 07 2016 — EQUAL EMPLOYMENT OPPORTUNITY COMM., MEMPHIS, TENN.

EXHIBIT A

Elizabeth Henry EEOC Charge
Page 2

Ms. Smith began to ask me about accessing the medical records that I had previously been questioned about in May in the compliance office.

Additionally, Ms. Smith accused me of accessing my daughter's records and my sister's records, neither of which were mentioned in the compliance office in May. I told Ms. Smith that I had not accessed my daughter's records and she told me not to raise my voice. I told Ms. Smith that I was not raising my voice. I asked for a birth date to verify my daughter's identity and Ms. Smith informed me that she did not have to tell me anything, that she did the questioning in that office! Ms. Smith went on to state, "You have no rights in this office!" I replied if I couldn't defend the false accusations, and if I had no rights in her office that I would need to just come back with an attorney, at which time she stated, "Well, if you are going to hire an attorney, I will just terminate you now!"

Ms. Poole finally spoke for the first time at this meeting advising me that it would be better for me to resign instead of being terminated. A preprinted letter of resignation was given to me, stating that my resignation was effective immediately, and she made me write "compliance violation" on the form and sign it. My resignation was not voluntary, but was a forced resignation under duress, or a constructive discharge. I had done nothing to justify Ms. Smith to fire me. The only reason Ms. Smith could have had in firing me was her racial animosity toward me which she displayed vividly, as well as tape recording the entire meeting.

I request the EEOC to investigate and determine whether the Respondent is liable to me for race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended. I request damages for the mental anxiety and stress I have suffered, as well as my back pay and reasonable attorney's fees.